**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANICE CAMPBELL,

    Plaintiff,

v.                                                  Case No: 8:21-cv-1177-JSM-TGW

TOTAL ELECTRIC SERVICE OF
TAMPA, INC.,

    Defendant.

_____

**ORDER**

The Court has been advised via a Mediation Report (Dkt. 21) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of July, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record